# EXHIBIT B

# Federal Defenders
## OF NEW YORK; INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722-4422
Tel: (631) 712-6500  Fax: (631) 712-6505

David E. Patton
*Executive Director*

*Long Island*
Randi L. Chavis
*Attorney-in-Charge*

## FAX COVER SHEET

To: Suffolk County PD Central Records

Fax: ███████████

Pages: (Including cover) 5

From: Yvette Geugo

Date: 3/7/17

Re: Subpoenas

Original will follow by:

☐ First Class Mail   ☐ Federal Express   ☐ Original Will Not Follow

The documents accompanying this fax transmission contain information from the Federal Defender's of New York, Inc. which is confidential or privileged. The information is intended for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this fax copy in error, please notify us by telephone immediately and return the original message to us at the above address via the U.S. Postal Service. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege.

# CONFIDENTIAL

If you do not receive all pages, please telephone us immediately.

# Federal Defenders
## OF NEW YORK, INC.

770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Randi L. Chavis
*Attorney-in-Charge*
*Long Island*

March 7, 2017

Via Fax: ████████████

Suffolk County Police Department
Central Records Section
████████████████████████

Dear Central Records Section:

Attached please find 3 proposed subpoenas that we will be serving on the Suffolk County Police Department. One subpoena is for all police records or police contact for a specific residence in ████████. The other two are for 911 recordings for calls made from the same residence.

If you have any questions do not hesitate to contact me at ████████████

Thank you for your assistance with this matter.

Sincerely,

Yvette Genao
Investigator
Federal Defenders of New York

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 17 M 199 |
| ELVIS REDZEPAGIC | ) |
| _Defendant_ | ) 17 MJ-00199 |
| | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   Suffolk County Police Department, Central Records Section, ███████████

_____

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

All police contact at the following location: ███████████████████ Include any arrest reports, case/incident and supplemental reports

| Place: United States District Court, EDNY, 100 Federal Plaza, Central Islip, New York 11722, Magistrate Judge Shields, Court Room 834 Central Islip, NY 11722 | Date and Time:   03/17/2017 9:30 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

_(SEAL)_

Date:   ___03/07/2017___

_SO ORDERED_

_____

_MAGISTRATE JUDGE ANN SHIELDS_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   **Defendant**
Elvis Redzepagic _____, who requests this subpoena, are:

LaKeytria Felder, Esq. c/o Yvette Genao, Federal Defenders of New York, 770 Federal Plaza, Central Isllip, New York 11722

### Notice to those who use this form to request a subpoena
Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York

| | |
|---|---|
| United States of America <br> v. <br> **ELVIS REDZEPAGIC** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Case No. 17 M 199 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Suffolk County Police Department, Central Records Section, █████████████████

_____
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Any and all radio runs, 911 tapes, dispatch transmissions and any other recordings,written,audio or video regarding: 1. call placed by complainant, ████████████ from ███████████ to respond to ██████████████████ ██████ in February 2017; 2. The subsequent arrest of Elvis Redzepagic

| Place: United States Distict Court, Eastern District of New York 100 Federal Plaza, Magistrate Judge Shields, Court Room. 834, Central Islip, New York 11722 | Date and Time: <br> 03/17/2017 9:30 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: 03/07/2017

*SO ORDERED*

_____
*MAGISTRATE JUDGE ANN SHIELDS*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ **Defendant** Elvis Redzepagic _____, who requests this subpoena, are:

**LaKeytria Felder, Esq. Federal Defenders of New York 770 Federal Plaza, Central Islip, New York 11722**

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

03/07/2017  15:27    631712-5585    FEDERAL DEFENDERS CI    PAGE #: 05/05

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 17 M 199 |
| ELVIS REDZEPAGIC | ) | |
| Defendant | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:    Suffolk County Police Department, Central Records Section, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Any and all radio runs, 911 tapes, dispatch transmissions and any other recordings, written, audio or video regarding: 1.911 call placed by complainant, ▮▮▮▮▮▮▮ from ▮▮▮▮▮▮ to respond to ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ in February 2017.

| Place: United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, Magistrate Judge Shields, Court Room 834 Central Islip, New York 11722 | Date and Time: 03/17/2017 9:30 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:    03/07/2017

SO ORDERED

_____
*MAGISTRATE JUDGE ANN SHIELDS*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____ Defendant Elvis Redzepagic _____, who requests this subpoena, are:

LaKeytria Felder, Esq. c/o Yvette Genao, Federal Defenders of New York, 770 Federal Plaza, Central Islip, New York 11722

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.