# EXHIBIT C

AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No.  17 M 199 |
| ELVIS REDZEPAGIC | ) | |
| *Defendant* | ) | |

3/13/17
11:09 AM
*ZH*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR
## OBJECTS IN A CRIMINAL CASE

To:   Suffolk County Police Department, Central Records Section, ▮▮▮▮▮▮▮▮▮▮▮▮

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:
Any and all radio runs, 911 tapes, dispatch transmissions and any other recordings, written, audio or video regarding;
1.911 call placed by complainant, ▮▮▮▮▮▮▮▮ from ▮▮▮▮▮▮ to respond to ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ in February 2017.

| Place: United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, Magistrate Judge Shields, Court Room 834 Central Islip,New York 11722 | Date and Time:   03/17/2017 9:30 am |
| --- | --- |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date:   03/07/2017

SO ORDERED

▮▮▮▮▮▮▮▮

*MAGISTRATE JUDGE ANNE SHIELDS*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Defendant
Elvis Redzepagic _____ , who requests this subpoena, are:

LaKeytria Felder, Esq. c/o Yvette Genao, Federal Defenders of New York, 770 Federal Plaza, Central Isllip, New York 11722

### Notice to those who use this form to request a subpoena
Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  17 M 199 |
| ELVIS REDZEPAGIC | ) | |
| Defendant | ) | |

3/13/17
11:09 AM
@H

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   Suffolk County Police Department, Central Records Section, █████████████

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

All police contact at the following location: ███████████████████████ Include any arrest reports, case/incident and supplemental reports

| Place: | United States District Court, EDNY, 100 Federal Plaza, Central Islip, New York 11722, Magistrate Judge Shields, Court Room 834 Central Islip,  NY 11722 | Date and Time:   03/17/2017 9:30 am |
|---|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:   03/07/2017

SO ORDERED

███████████████

_____
MAGISTRATE JUDGE ANNE SHIELDS

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   _____ **Defendant** Elvis Redzepagic _____ , who requests this subpoena, are:

LaKeytria Felder, Esq. c/o Yvette Genao, Federal Defenders of New York, 770 Federal Plaza, Central Isllip, New York 11722

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  17 M 199 |
| ELVIS REDZEPAGIC | ) |
| Defendant | ) |

*3/13/17*
*11:09 AM*
*(ZH*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:    Suffolk County Police Department, Central Records Section, ███████████████████

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:
Any and all radio runs, 911 tapes, dispatch transmissions and any other recordings,written,audio or video regarding: 1. call placed by complainant, ██████████ from ████████ to respond to ███████████ ████ in February 2017; 2. The subsequent arrest of Elvis Redzepagic

| Place: United States Distict Court, Eastern District of New York 100 Federal Plaza, Magistrate Judge Shields, Court Room. 834, Central Islip, New York 11722 | Date and Time: 03/17/2017 9:30 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:    03/07/2017

SO ORDERED

███████████████

*MAGISTRATE JUDGE ANNE SHIELDS*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Defendant
Elvis Redzepagic
_____, who requests this subpoena, are:

**LaKeytria Felder, Esq.  Federal Defenders of New York 770 Federal Plaza, Central Islip, New York 11722**

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.