UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                       17-CR-228 (DRH)

ELVIS REDZEPAGIC,

        Defendant.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Saritha Komatireddy from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Saritha Komatireddy
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 2nd Floor
       Brooklyn, New York 11201
       Tel:  (718) 254-6054
       Fax: (718) 254-6376
       Email: Saritha.Komatireddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Saritha Komatireddy at the email address set forth above.

Dated: Brooklyn, New York
       May 16, 2017

                                                Respectfully submitted,

                                                BRIDGET M. ROHDE
                                                Acting United States Attorney

                              By:    /s/ Saritha Komatireddy
                                                Saritha Komatireddy
                                                Assistant U.S. Attorney

cc:    Clerk of the Court (DRH)