

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JAM
F.#2016R01828

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 23, 2017

<u>By FedEx and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

   Re: <u>United States v. Elvis Redzepagic
     Criminal Docket No. 17-228 (DRH)</u>

Dear Messrs. Ahmad and Roche:

  Enclosed please find the fifth production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the government is providing a DVD, Bates numbered ER 13461, containing a preliminary forensic report of the cell phone and laptop analyzed in this case. Please note that the enclosed report does not contain all findings regarding the aforementioned devices, as the analyses are ongoing. This DVD and its contents have been marked as "highly sensitive" under the terms of the amended Stipulation and Protective Order issued on June 28, 2017.

  Also enclosed is a DVD, Bates numbered ER 13462, containing additional recorded phone conversations from the Metropolitan Detention Center.

The government reiterates its request for reciprocal discovery from the defendant. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

        Very truly yours,

        BRIDGET M. ROHDE
        Acting United States Attorney

By:   /s/ Artie McConnell
        Saritha Komatireddy
        Artie McConnell
        Assistant U.S. Attorneys
        (718) 254-6054/(631) 715-7825

Enclosures (ER 0000013461-13462)
cc:    Clerk of the Court (DRH) (by ECF) (without enclosures)