

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JAM
F.#2016R01828

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 11, 2017

<u>By FedEx and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

   Re: <u>United States v. Elvis Redzepagic
     Criminal Docket No. 17-228 (DRH)</u>

Dear Messrs. Ahmad and Roche:

  Enclosed please find the sixth production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the government is providing a DVD, Bates numbered ER 13463, containing an additional preliminary forensic report of the laptop analyzed in this case. Please note that the enclosed report does not contain all findings regarding the aforementioned device, as the analyses are ongoing. This DVD and its contents have been marked as "highly sensitive" under the terms of the amended Stipulation and Protective Order issued on June 28, 2017.

  The government also discloses that the following individuals have made statements to the government that may arguably be helpful to the defense and pertain to the defendant's psychological state at the time of the alleged offenses:

- Adel Redzepagic
- Enisa Redzepagic
- Sabina Redzepagic
- Samir Redzepagic
- Samir Suljovic

      The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

      Very truly yours,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/ Artie McConnell
      Saritha Komatireddy
      Artie McConnell
      Assistant U.S. Attorneys
      (718) 254-6054/(631) 715-7825

Enclosures (ER 0000013463)
cc:    Clerk of the Court (DRH) (by ECF) (without enclosures)