

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.#2016R01828

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2018

By FedEx and ECF

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

      Re:    United States v. Elvis Redzepagic
               Criminal Docket No. 17-228 (DRH)

Dear Messrs. Ahmad and Roche:

      Enclosed please find the seventh production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the government is providing a DVD, Bates numbered ER 13464, containing an additional preliminary forensic report of the laptop analyzed in this case. Please note that the enclosed report does not contain all findings regarding the aforementioned device, as the analyses are ongoing.

      Additionally, the government is providing a second DVD, Bates numbered ER 13465, which contains websites and videos accessed by the defendant using the seized laptop immediately prior to his trip to Turkey in 2015. While these items are accessible via the enclosed forensic report contained on ER 13464, they have been extracted for your convenience.

      Both DVDs and their contents have been marked as "highly sensitive" under the terms of the amended Stipulation and Protective Order issued on June 28, 2017.

The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Artie McConnell
Saritha Komatireddy
Artie McConnell
Assistant U.S. Attorneys
(718) 254-6054/(631) 715-7825

Enclosures (ER 0000013464-5)
cc:   Clerk of the Court (DRH) (by ECF) (without enclosures)