

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.#2016R01828

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 19, 2018

<u>By FedEx and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

    Re:  United States v. Elvis Redzepagic
        <u>Criminal Docket No. 17-228 (DRH)</u>

Dear Messrs. Ahmad and Roche:

  Enclosed please find the government's eighth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which constitutes "highly sensitive" discovery material under the terms of the amended Stipulation and Protective Order issued on June 28, 2017.

  Specifically, the government is providing a DVD, Bates numbered ER 0000013586, containing recovered Skype conversations from the laptop computer analyzed and recovered in this case. The government is also disclosing a second DVD containing a) extracted conversations from the Viber application on said laptop, Bates numbered ER 0000013466-13543; b) relevant portions of the defendant's internet browser history, Bates numbered ER 0000013544-13583; c) a letter containing additional defendant statements, Bates number ER 0000013584-13585. This information has all been marked as "highly sensitive" discovery material.

  Please note that these materials have been extracted from a forensic image of the laptop computer, a copy of which was provided to the defense as part of the government's first discovery production on May 12, 2017. This information has also been available on the preliminary forensic reports provided in subsequent discovery productions. You may also examine these materials at a Federal Bureau of Investigation facility. Please call me to arrange a mutually convenient time to do so.

  The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as

evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Artie McConnell
Saritha Komatireddy
Artie McConnell
Assistant U.S. Attorneys
(718) 254-6054/(631) 715-7825

Enclosures (ER 0000013466-13586)
cc: Clerk of the Court (DRH) (by ECF) (without enclosures)