

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM  *271 Cadman Plaza East*
F.#2016R01828  *Brooklyn, New York 11201*

January 30, 2018

<u>By Email and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

    Re: <u>United States v. Elvis Redzepagic</u>
      <u>Criminal Docket No. 17-228 (DRH)</u>

Dear Messrs. Ahmad and Roche:

    Enclosed please find the government's ninth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which constitutes "highly sensitive" discovery material under the terms of the amended Stipulation and Protective Order issued on June 28, 2017.

    Specifically, the government is providing draft translations of Facebook messages and conversations that have previously been produced, Bates numbered ER 0000013587-13764. These conversations and messages, which have been translated to English, are draft work product, not finalized and subject to change. They are being provided for informational and discussion purposes only. Translations of additional foreign-language evidence – including Viber and Skype conversations that have previously been disclosed – are ongoing. This information has all been marked as "highly sensitive" discovery material.

    The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Artie McConnell
       Saritha Komatireddy
       Artie McConnell
       Assistant U.S. Attorneys
       (718) 254-6054/(631) 715-7825

Enclosures (ER 0000013487-13764)
cc:    Clerk of the Court (DRH) (by ECF) (without enclosures)