

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JAM  
F.#2016R01828

*271 Cadman Plaza East
Brooklyn, New York 11201*

February 8, 2018

<u>By Email and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

      Re:    United States v. Elvis Redzepagic
                Criminal Docket No. 17-228 (DRH)

Dear Messrs. Ahmad and Roche:

      Enclosed please find the government's ninth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which constitutes "highly sensitive" discovery material under the terms of the amended Stipulation and Protective Order issued on June 28, 2017. Specifically, the government is providing border crossing records regarding Omar Redzepagic and the defendant, Bates numbered ER-0000013765-785, and two search warrants and supporting affidavits, Bates numbered ER-0000013786-857.

      The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

    If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                Very truly yours,

                RICHARD P. DONOGHUE
                United States Attorney

       By:  /s/ Artie McConnell
           Saritha Komatireddy
           Artie McConnell
           Assistant U.S. Attorneys
           (718) 254-6054/(631) 715-7825

Enclosures (ER 0000013487-13764)
cc: Clerk of the Court (DRH) (by ECF) (without enclosures)