

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JAM
F.#2016R01828

*610 Federal Plaza
Central Islip, New York 11722*

April 25, 2018

<u>By Email and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

      Re:    <u>United States v. Elvis Redzepagic
                    Criminal Docket No. 17-228 (DRH)</u>

Dear Messrs. Ahmad and Roche:

      Enclosed please find the government's eleventh discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which constitutes "sensitive" discovery material under the terms of the amended Stipulation and Protective Order issued on June 28, 2017. Specifically, the government is providing records from the U.S. Customs and Border Protection Service. Elvis Redzepagic, Bates numbered ER-0000013858-13869.

      The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Artie McConnell
Saritha Komatireddy
Artie McConnell
Assistant U.S. Attorneys
(718) 254-6054/(631) 715-7825

Enclosures (ER 0000013858-13869)
cc:   Clerk of the Court (DRH) (by ECF) (without enclosures)