

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM | *610 Federal Plaza* |
| F.#2016R01828 | *Central Islip, New York 11722* |

July 9, 2018

<u>By Email and ECF</u>

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

   Re: <u>United States v. Elvis Redzepagic</u>
     <u>Criminal Docket No. 17-228 (DRH)</u>

Dear Messrs. Ahmad and Roche:

   Enclosed please find the government's twelfth discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which constitutes "sensitive" discovery material under the terms of the amended Stipulation and Protective Order issued on June 28, 2017. Specifically, the government is providing draft Turkish-English translations of text that was input into the website www.cevirsozluk.com, which was accessed using the defendant's laptop on or about July 8, 2015. These items are Bates numbered ER-0000013870-74. The original source materials for these translations are viewable in the internet history of the defendant's laptop from July 8, 2015, which may be found in the forensic reports and other discovery previously provided.

   Please note that the enclosed draft translations have neither been finalized nor verified for accuracy by the United States. They are being disclosed for informational purposes only and may not be used at trial by the defendant in any form or for any purpose whatsoever, including use in cross-examination of any witness.

   The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                                Very truly yours,

                                RICHARD P. DONOGHUE
                                United States Attorney

By:    /s/ Artie McConnell
        Saritha Komatireddy
        Artie McConnell
        Assistant U.S. Attorneys
        (718) 254-6054/(631) 715-7825

Enclosures (ER 0000013870-13874)
cc:    Clerk of the Court (DRH) (by ECF) (without enclosures)