

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JAM
F.#2016R01828

*610 Federal Plaza
Central Islip, New York 11722*

August 23, 2018

By FedEx and ECF

Hassan Ahmad, Esq.
David T. Roche, Esq.
22 Cortlandt Street, 16th Floor
New York, New York 10007

      Re:    United States v. Elvis Redzepagic
                  Criminal Docket No. 17-228 (DRH)

Dear Messrs. Ahmad and Roche:

      Enclosed please find the thirteenth production of the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the government is providing materials Bates numbered ER 13875 – ER 14051, which contain additional preliminary forensic findings of the laptop analyzed in this case. Some of this information pertains to the defendant's location while in Turkey during July of 2015 and may arguably be helpful to the defense. Please note that the enclosed materials do not contain all findings regarding the aforementioned device, as the analyses are ongoing. These materials have been marked as "highly sensitive" under the terms of the amended Stipulation and Protective Order issued on June 28, 2017.

      The government also discloses that the following individuals have made statements to the government that may arguably be helpful to the defense and pertain to the defendant's psychological state at the time of the alleged offenses:

- Ismet Redzepagic
- Ibro Kolasinac
- Dzevdet Vucetovic
- Jasmin Basic
- Dasnor Vucetovic
- Emin Tosic

Translated summaries of these statements are being provided, Bates numbered ER 14053 – ER 14111, and marked "highly sensitive" under the terms of the amended Stipulation and Protective Order issued on June 28, 2017. These summaries have neither been finalized nor verified for accuracy by the United States, and they may not be used at trial by the defendant in any form or for any purpose whatsoever, including use in cross-examination of any witness.

The government reiterates its request for reciprocal discovery from the defendant, including its earlier requests for any reports of physical or mental examinations or of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:    /s/ Artie McConnell
    Saritha Komatireddy
    Artie McConnell
    Assistant U.S. Attorneys
    (718) 254-6054/(631) 715-7825

Enclosures (ER 13875 – ER 14111)
cc:    Clerk of the Court (DRH) (by ECF) (without enclosures)