

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:JAM
F. #2016R01828

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 26, 2020

<u>By Email and ECF</u>

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>United States v. Elvis Redzepagic</u>
            <u>Criminal Docket No. 17-228 (DRH)</u>

Dear Judge Tomlinson:

      The government respectfully submits this letter to supplement its response in opposition to defendant Elvis Redzepagic's motion for release on bail, filed on March 24, 2020, in which he requests to be temporarily released from Bureau of Prisons custody during the pendency of the COVID-19 pandemic.  <u>See</u> Motion to Set Bail (ECF No. 113).

      Subsequent to filing its response earlier today on March 26, 2020 (ECF No. 114), the government was made aware that an inmate at the Metropolitan Correctional Center ("MCC") had tested positive for COVID-19, had been removed to the hospital, returned to the MCC and placed in isolation.  While the government does not presently know of other specific measures MCC staff have taken in response to the positive test, the government is aware that, per Bureau of Prisons ("BOP") protocols, an investigation would be typically initiated to identify staff and inmates who had been potentially exposed to the affected individual, with additional screening and housing procedures being implemented as warranted.

Regardless, a positive COVID-19 test at the MCC does not alter the analysis in the government's response: the defendant presents an existential risk of flight and a uniquely acute danger to the community, and there is no "compelling reason" for his release under Section 18 U.S.C. § 3142(i).  The defendant's motion should be denied and the permanent order of detention should remain in effect.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/   Artie McConnell
      Artie McConnell
      Assistant U.S. Attorney
      (718) 254-7150

cc:    Defense Counsel (by ECF)
      Clerk of Court (by ECF)