BEFORE: A. Kathleen Tomlinson, USMJ    DATE: 3-30-2020    TIME START: 11:15 a.m.   (1 hr 30 mins)

## CRIMINAL CAUSE FOR BAIL HEARING by telephone

DOCKET #: CR-17-228-DRH-AKT

CAPTION: USA -v- **REDZEPAGIC**

DEFENDANT: Elvis Redzepagic    Deft # 1    COUNSEL: David Roche, Hassan Ahmad
___ Present  _X_ Not Present   _X_ In Custody   ___ Bail    ___ CJA  _X_ Retained  ___ Federal Defenders

GOVERNMENT: AUSA Artie McConnell

**FILED**
**U.S. DISTRICT COURT E.D.N.Y.**
★ **MAR 30 2020** ★
**LONG ISLAND OFFICE**

INTERPRETER: N/A (sworn)   (Language: ___)

PRETRIAL: Amanda Sanchez    _X_ present   ___ not present

FTR (through CR teleconference line): 11:15-12:45    COURTROOM DEPUTY: MVR

_X_ Case called. Counsel present with defendant.

_X_ Defendant's appearance waived on record.

___ Waiver of Speedy Indictment executed (MJ cases): Time excluded from ____-2020_ through ____-2020_.

___ Preliminary Hearing Scheduled for: _____ At _____ before _____

___ Preliminary Hearing Waived. Waiver executed.

___ Speedy Trial Order Information (**CR cases**): Code Type: _X-_
   Start Date: _____ **XSTART**
   Stop Date: _____ **XSTOP**

___ Temporary Order of Detention entered for defendant (s): _____

_X_ Bail Hearing:  _X_ Held  ___ Not Held
   ___ Adjourned to _____ at _____ before Magistrate Judge Tomlinson.

___ Bail Hearing to continue on _____ at _____ before Magistrate Judge Tomlinson.

_X_ Bail application  ___ GRANTED  _X_ DENIED

___ Order Setting Conditions of Release and Bond entered. Special conditions apply. See bond for **details.**

_X_ Permanent Order of Detention remains in effect.

___ Status Conference set for: _____ at _____ before **Magistrate on Duty.**

___ Status Conference set for: _____ at _____ before **District Judge Denis R. Hurley.**

___ Defendant released on Bond.

_X_ Defendant remains in custody.

OTHER:
All parties appear by telephone. NOTE: Agents and media on call note their appearance on the record. Defendant's appearance waived by his attorney (see ECF docket entry 116). Marked Court Exhibit 1. Bail application presented by defendant. Government opposes. APPLICATION DENIED for reasons as stated on the record.

NOTE: Conference recorded. Requests for transcript available through normal course of business to those who request it.