

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2016R01828

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 15, 2020

<u>By ECF</u>

The Honorable Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

    Re:  United States v. Elvis Redzepagic
       Criminal Docket No. 17-228 (DRH)

Dear Judge Hurley:

  Please accept this letter in response to the Court's April 10, 2020 order, directing the parties to request an extension of the current order of excludable delay for an additional sixty days and adjourning the status conference scheduled for April 16, 2020 to June 16, 2020.

  As noted in the Court's order, the current order of excludable delay is set to expire on April 16, 2020. Extending this order and adjourning the status conference are necessary and in the interests of justice in light of the ongoing COVID-19 pandemic. The government notes that speedy trial time would nevertheless continue to be tolled through the date of the status conference, as defense motions are pending. See 18 U.S.C. § 3161(h)(1)(F). Similarly, the defendant is currently undergoing a court-ordered competency

examination, which also triggers a statutory tolling of speedy trial time.  See 18 U.S.C. § 3161(h)(1)(A).

        Thank you for your consideration of this request.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
      Artie McConnell
      Assistant U.S. Attorney

cc:    Hassan Ahmad, Esq. (by ECF and E-Mail)
      David T. Roche, Esq. (by ECF and E-Mail)