

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/JAM
F. #2016R01828

*610 Federal Plaza*
*Central Islip, New York 11722*

May 3, 2021

<u>By ECF and Email</u>

The Honorable Denis R. Hurley
United States Senior District Judge
United States District Court
Eastern District of New York
930 Federal Plaza
Central Islip, New York 11722

       Re:    <u>United States v. Elvis Redzepagic</u>
                 <u>Criminal Docket No. 17-CR-228 (DRH)</u>

Dear Judge Hurley:

        As the Court is aware, the defendant Elvis Redzepagic pleaded guilty before United States Magistrate Judge A. Kathleen Tomlinson on April 23, 2021. A copy of the transcript of that guilty plea proceeding is attached hereto. The government respectfully submits that the defendant's guilty plea allocution, as well as the government's prior factual proffers in the complaint (ECF No. 1), indictment (ECF No. 19), motion for a permanent order

of detention (ECF No. 4), and response in opposition to the defendant's motion to suppress (ECF No. 97), provide the proper basis for the Court to accept his plea.

                                    Respectfully submitted,

                                    MARK J. LESKO
                                    Acting United States Attorney

By:     /s/
           Saritha Komatireddy
           Artie McConnell
           Assistant U.S. Attorneys
           (718) 254-7000

cc:    David Roche, Esq. (By ECF)
        Hassan Ahmad, Esq. (By ECF)