Elvis Redzepagic
#90002-053
Metropoliten Detention Center
Brooklyn, NY 11232  P.O Box 329002

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
DEC 06 2021
LONG ISLAND OFFICE

In the United States District Court for the
Eastern District of New York

United States of America        )
    Plaintiff,                  )
                                )      Case No. 2:17-cr-00228-DRH-AKT
    vs.                         )      Notice of appeal
Elvis Redzepagic                )
    Defendant.                  )
                                )
_____ )

Comes now the Defendant, Elvis Redzepagic, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on November, 19, 2021. Respectfully submitted this the 30th of November, 2021.

*Elvis Redzepagic* (signature)

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.